IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE CHATMAN, | No. C 11-1978 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| TIMOTHY E. BUSBY, | (Docket No. 5) |
| Defendant. | |

This is a civil rights case brought pro se by a state prisoner incarcerated at the Ironwood State Prison in Blythe, California. Defendant is located at Ironwood, where the events that give rise to plaintiff's claims are alleged to have taken place. Ironwood is located in Riverside County, which is within the venue of the United States District Court for the Central District of California. Venue for this case is therefore proper in the Central District. *See* 28 U.S.C. 1391. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a). In light of this transfer, ruling on plaintiff's application for leave to proceed in form pauperis is deferred to the Central District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: May  27 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\CHATMAN1978.TRN.wpd